# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **GOLDEN STATE FOODS CORP.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 3:18-cv-1020-ALB |
| ) | |
| **GEA SYSTEMS NORTH** ) | |
| **AMERICA LLC,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## **ORDER**

This matter comes before the Court on Plaintiff Golden State Foods Corp.'s Motion to Dismiss (Doc. 65) and Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 41). Upon consideration, those motions are **GRANTED**. The parties agree that the Court lacks subject matter jurisdiction over this dispute because there is not complete diversity of citizenship. *See* 28 U.S.C. § 1332. Having reviewed the citizenship allegations in the Complaint (Doc. 1), Plaintiff's Response to the motion to dismiss (Doc. 61), and the evidentiary materials attached to the Reply in support of the motion to dismiss (Doc. 62), the Court is also convinced that it lacks subject matter jurisdiction. Accordingly, the Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. The Clerk is **ORDERED** to close this case.

**DONE** and **ORDERED** this 18th day of July 2019.

                                                      /s/ Andrew L. Brasher
                                      ANDREW L. BRASHER
                              UNITED STATES DISTRICT JUDGE